Case 4:05-cv-00046-A   Document 14   Filed 06/23/05   Page 1 of 2   PageID 60

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 3 2005

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KENDALE D. JAMISON, | § § | |
| Petitioner, | § § | |
| VS. | § | NO. 4:05-CV-046-A |
| DOUGLAS DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, | § § § § § § | |
| Respondent. | § | |

O R D E R

Came on for consideration the above-captioned action wherein Kendale D. Jamison is petitioner and Douglas Dretke is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On May 6, 2005, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by May 27, 2005. The court extended the deadline for petitioner to file objections until June 13, 2005. On June 17, 2005, petitioner's written objections were filed with the clerk of this court, but the certificate of service states that such objections were placed in the prison mail receptacle on June 13, 2005. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the court makes a <u>de novo</u> determination of those portions of the proposed findings or recommendations to which specific objection is made. <u>United States v. Raddatz</u>, 447 U.S. 667 (1980). The court is not addressing any nonspecific objections or any frivolous or

conclusory objections.  <u>Battle v. United States Parole Comm'n</u>, 834 F.2d 419, 421 (5th Cir. 1987).

    Petitioner's objections are as follows:

> Petitioner objects to the standards applied to the review of the Petitioner's claims by the Court.  The magistrate judge failed to give proper consideration to the evidence presented by the Petitioner as well as the record accumulated during trial.  A fair and objective consideration was not given to the claims made by the Petitioner and it is clear that the consideration was not impartial . . . .

After having considered the magistrate judge's proposed findings, conclusions, and recommendation, the record, and applicable authorities, the court finds that petitioner's objections are without merit.  Therefore,

    The court accepts the findings, conclusions and recommendation of the magistrate judge and ORDERS that the petition in this action be, and is hereby, denied.

    SIGNED June 23, 2005.

_____
JOHN McBRYDE
United States District Judge

2